DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SUJITTAR SINGH**,
Appellant,

v.

**NATHANIEL GILBERT**,
Appellee.

No. 4D18-2847

[May 30, 2019]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. CACE-17-000835.

Sujittar Singh, Coconut Creek, pro se.

Ellen S. Morris of Elder Law Associates, PA, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***